|  | AUSA: Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Angel CERDA-SEGOVIA

Case No. 2:25-mj-30274
Judge: Unassigned,
Filed: 05-01-2025 At 05:17 PM
CMP USA V. ANGEL CERDA-SEGOVIA
(DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 25, 2025** in the county of **Macomb** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-Entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about April 25, 2025, in the Eastern District of Michigan, Southern Division, Angel CERDA-SEGOVIA an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about September 24, 2019, from Brownsville, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 1, 2025

*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Angel CERDA-SEGOVIA, which reveals the following:

2. CERDA-SEGOVIA is a twenty-four-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about February 1, 2016, CERDA-SEGOVIA was arrested by Border Patrol Agents at or near Laredo, Texas for illegally entering the United States. He was granted a Voluntary Return to Mexico.

4. On or about August 26, 2019, CERDA-SEGOVIA was arrested by Oakland County Sheriffs for Failure to Stop After Collision, Operating While Intoxicated, and Possession of Dangerous Drug (cocaine).

5. On or about August 28, 2019, CERDA-SEGOVIA was arrested by Immigration and Customs Enforcement (ICE). He was processed and issued a Notice to Appear.

6. On or about September 13, 2019, CERDA-SEGOVIA was ordered removed by an Immigration Judge. He was subsequently removed to Mexico on September 24, 2019, through Brownsville, Texas.

7. On April 25, 2025, Sterling Heights Police encountered CERDA-SEGOVIA following a vehicle traffic stop. Officers stated that CERDA-SEGOVIA did not have any identification with him. When asked for his name and date of birth he used the name Angel MIRELES with the birth date of August XX, 2000. During this stop, Sterling Heights Police contacted Detroit Border Patrol Agents for assistance to help identify the driver.

8. Border Patrol Agents arrived on scene and inquired about CERDA-SEGOVIA's

citizenship. CERDA-SEGOVIA stated his name was Angel MIRELES from Mexico. When questioned by the Border Patrol Agent, CERDA-SEGOVIA told them that he did not have any criminal history with local law enforcement, which was false as he had previously been arrested in August 2019.

9. CERDA-SEGOVIA told agents that he did not have any documents to legally be present in the United States. He also said that he is not married and has no children in the United States. His parents reside in Mexico. He was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

10. Angel CERDA-SEGOVIA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that CERDA-SEGOVIA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that CERDA-SEGOVIA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. Review of the Alien File (A# xxx xxx 564) for Angel CERDA-SEGOVIA and queries in Department of Homeland Security databases confirm no record exists of CERDA-SEGOVIA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on September 24, 2019.

13. Based on the above information, I believe there is probable cause to conclude that Angel CERDA-SEGOVIA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of

Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge